UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/16/2024
```

LUIS MERCEDES, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

GEM NATION CORPORATION,

                Defendant.

24-CV-00201 (MMG) (RFT)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by the Magistrate Judge will proceed as ordered. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated:  February 16, 2024
          New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge