UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES,<br><br>    Plaintiff,<br><br> -against-<br><br>GEM NATION CORPORATION,<br><br>    Defendant. | 24-CV-00201 (MMG)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The parties' request for a referral to the Court-annexed mediation program is GRANTED. An order will issue forthwith. Their request to put off the initial case management conference until after mediation is DENIED.

  This Court requires parties to engage in discovery even when seeking to settle their case. Additionally, Defendant's response to the Complaint was due on March 28, 2024, but Defendant did not make the required filing. I am sua sponte extending the deadline for Defendant to response to the Complaint nunc pro tunc until **April 1, 2024**. Failure by Defendant to meet that deadline may result in an order directing Plaintiff to begin default judgment proceedings.

DATED: March 29, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge