

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024**

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

> Application GRANTED. It is hereby ORDERED that the parties shall have until **May 2, 2024** to submit their proposed consent decree. The Clerk of Court is respectfully directed to terminate Dkt. No. 28.
>
> SO ORDERED. Date: 4/23/2024.
>
> HON. MARGARET M. GARNETT

April 22, 2024

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Mercedes v. Gem Nation Corporation*
             Case No. 1:24-cv-00201-MMG-RFT

Dear Judge Garnett:

    I represent the defendant in this matter. The Court's order dated April 15, 2024 (Dkt. No. 27), directed that the parties submit a proposed consent decree by April 22, 2024, that clarifies that it applies only to the Plaintiff as an individual, or a letter explaining how the previously-submitted consent decree comports with Fed. R. Civ. Pro. 23. I write with the consent of plaintiff's counsel to request that the time for the parties to submit the revised consent decree be extended from April 22, 2024, to May 2, 2024, given the Passover holiday and in order to allow the parties sufficient time to execute the revised decree which is being circulated. This is parties' first request for an extension of time to file the amended consent decree pursuant to Your Honor's April 15, 2024, Order.

    Thank you for your attention to this matter.

                                   Respectfully,

                                   *Peter T. Shapiro*

                                   Peter T. Shapiro of
                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
139384141.1